BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
JON FOUGNER, State Bar No. 314097
jon.fougner@freshfields.com
OLIVIA ROSEN, State Bar No. 340120
olivia.rosen@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Stem, Inc. f/k/a Star Peak Energy Transition Corp., John Carrington, William Bush, Michael C. Morgan, Adam E. Daley, David Buzby, Anil Tammineedi, Lisa L. Troe, Laura D'Andrea Tyson, and Jane Woodward*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SAMHITA GERA and DENISH BHAVSAR, derivatively on behalf of STEM, INC. f/k/a STAR PEAK ENERGY TRANSITION CORP., <br><br>Plaintiff, <br><br>v. <br><br>JOHN CARRINGTON, ERIC SCHEYER, WILLIAM BUSH, MICHAEL D. WILDS, MICHAEL C. MORGAN, ADAM E. DALEY, ALEC LITOWITZ, DESIRÉE ROGERS, C. PARK SHAPER, DAVID BUZBY, ANIL TAMMINEEDI, LISA L. TROE, LAURA D'ANDREA TYSON, and JANE WOODWARD, <br><br>Defendants, <br><br>and <br><br>STEM, INC. f/k/a STAR PEAK ENERGY TRANSITION CORP., <br><br>Nominal Defendant. | Case No 4:23-cv-04423-HSG <br><br>**STIPULATION TO UNOPPOSED MOTION TO TRANSFER CASE TO DISTRICT OF DELAWARE PURSUANT TO 28 U.S.C. § 1404(a); ORDER** <br><br>Hearing Date: TBD <br>Hearing Time: TBD <br>Courtroom: 2 <br>Judge: Hon. Haywood S. Gilliam, Jr. |

WHEREAS, on August 26, 2023, plaintiffs Samhita Gera and Denish Bhavsar ("Plaintiffs") filed a shareholder derivative lawsuit (the "Complaint") against defendants Stem, Inc. f/k/a Star Peak Energy Transition Corp. ("Stem" or "the Company"), John Carrington, William Bush, Michael C. Morgan, Adam E. Daley, David Buzby, Anil Tammineedi, Lisa L. Troe, Laura D'Andrea Tyson, Jane Woodward, Michael D. Wilds, Eric Scheyer, Adam E. Daley, Alec Litowitz, Desirée Rogers, and C. Park Shaper (the "Individual Defendants," and collectively with Stem, "Defendants") (all Defendants collectively with Plaintiffs, the "Parties") (ECF No. 1);

WHEREAS, it is Defendants' position that Plaintiffs' lawsuit should be transferred to the District of Delaware pursuant to 28 U.S.C. § 1404(a), in light of the forum-selection clause contained in Article 11.1 of Stem's Articles of Incorporation.[1]  Defendants shall file a Motion to Transfer the Case to the District of Delaware (the "Transfer Motion"), and Plaintiffs agree not to oppose such Motion.  Defendants shall obtain Plaintiffs' agreement to the form of the Transfer Motion before filing it.

WHEREAS, the Parties further agree that following the Court's decision on the Transfer Motion, all Defendants shall have 60 days after execution of waivers of service by the Individual Defendants within which to file a responsive pleading to the Complaint or after the filing of any amended complaint that is filed by Plaintiffs before the execution of waivers of service by the Individual Defendants.  Such responsive pleading includes without limitation a motion to dismiss the

---

[1] Article 11.1 provides in part:

 Forum: Unless the Corporation, in writing, selects or consents to the selection of an alternative forum: (a) the sole and exclusive forum for any complaint asserting any internal corporate claims . . . , to the fullest extent permitted by law, and subject to applicable jurisdictional requirements, shall be the Court of Chancery of the State of Delaware (or, if the Court of Chancery does not have, or declines to accept, jurisdiction, another state court or a federal court located within the State of Delaware); and (b) the sole and exclusive forum for any complaint asserting a cause of action arising under the Securities Act of 1933, to the fullest extent permitted by law, shall be the federal district courts of the United States of America.

Complaint for failure to state a claim under Federal Rules of Civil Procedure 12(b)6 and 23.1. Plaintiffs shall have 60 days from the filing of such motion to dismiss within which to file an opposition.  Defendants shall have 30 days from the filing of such opposition within which to file a reply;

WHEREAS, the Parties further agree that in such responsive pleading, Defendants shall not seek dismissal on the grounds of *forum non conveniens* or further transfer of the lawsuit as currently pleaded;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the undersigned Parties, and respectfully submitted for the Court's approval, as follows:

1. Defendants shall file the Transfer Motion on or before September 13, 2023.  Plaintiffs shall not oppose such Motion.  Defendants shall obtain Plaintiffs' agreement to the form of the Transfer Motion before filing it;

2. Following the Court's decision on the Transfer Motion, all Defendants shall have 60 days after execution of waivers of service by the Individual Defendants within which to file a responsive pleading to the Complaint or any amended complaint that is filed by Plaintiffs before the execution of waivers of service by the Individual Defendants.  Such responsive pleading includes without limitation a motion to dismiss the Complaint for failure to state a claim under Federal Rules of Civil Procedure 12(b)6 and 23.1.  Plaintiffs shall have 60 days from the filing of such motion to dismiss within which to file an opposition.  Defendants shall have 30 days from the filing of such opposition within which to file a reply; and

3. In such responsive pleading, Defendants shall not seek dismissal on the grounds of *forum non conveniens* or further transfer of the lawsuit as currently pleaded.

Dated: September 12, 2023         Respectfully submitted,

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/   *Boris Feldman*
     Boris Feldman

*Attorneys for Defendants Stem, Inc. f/k/a Star Peak Energy Transition Corp., John Carrington, William Bush, Michael C. Morgan, Adam E. Daley, David Buzby, Anil Tammineedi, Lisa L. Troe, Laura D'Andrea Tyson, and Jane Woodward*

Dated: September 12, 2023         KIRKLAND & ELLIS LLP

By: /s/ *Stefan Atkinson*
Stefan Atkinson (*pro hac vice* application forthcoming)
Ahson Azmat (*pro hac vice* application forthcoming)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
stefan.atkinson@kirkland.com
ahson.azmat@kirkland.com

Michael P. Esser (SBN 268634)
555 California St
San Francisco, CA 94104
Telephone: (415) 439-1973
michael.esser@kirkland.com

*Attorneys for Defendants Eric Scheyer, Michael D. Wilds, Alec Litowitz, Desirée Rogers, and C. Park Shaper*

Dated: September 12, 2023         THE BROWN LAW FIRM, P.C.

By: */s/ Robert C. Moest*
Robert C. Moest, Of Counsel, SBN 62166
THE BROWN LAW FIRM, P.C.
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: Rmoest@aol.com

STIPULATION TO UNOPPOSED MOTION TO TRANSFER
CASE NO. 4:23-cv-04423-HSG

THE BROWN LAW FIRM, P.C.
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com
           eitank@bgandg.com

*Attorneys for Plaintiffs*

STIPULATION TO UNOPPOSED MOTION TO TRANSFER
CASE NO. 4:23-cv-04423-HSG

**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

Date:   9/13/2023

*Haywood S. Gilliam, Jr.*
The Hon. Haywood S. Gilliam, Jr.
United States District Judge

STIPULATION TO UNOPPOSED MOTION TO TRANSFER
CASE NO. 4:23-cv-04423-HSG