BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
CARL HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
JON FOUGNER, State Bar No. 314097
jon.fougner@freshfields.com
OLIVIA ROSEN, State Bar No. 340120
olivia.rosen@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Stem, Inc. f/k/a Star Peak Energy Transition Corp., John Carrington, William Bush, Michael C. Morgan, Adam E. Daley, David Buzby, Anil Tammineedi, Lisa L. Troe, Laura D'Andrea Tyson, and Jane Woodward*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SAMHITA GERA and DENISH BHAVSAR, derivatively on behalf of STEM, INC. f/k/a STAR PEAK ENERGY TRANSITION CORP., <br><br> Plaintiff, <br><br> v. <br><br> JOHN CARRINGTON, ERIC SCHEYER, WILLIAM BUSH, MICHAEL D. WILDS, MICHAEL C. MORGAN, ADAM E. DALEY, ALEC LITOWITZ, DESIRÉE ROGERS, C. PARK SHAPER, DAVID BUZBY, ANIL TAMMINEEDI, LISA L. TROE, LAURA D'ANDREA TYSON, and JANE WOODWARD, <br><br> Defendants, <br><br> and <br><br> STEM, INC. f/k/a STAR PEAK ENERGY TRANSITION CORP., <br><br> Nominal Defendant. | Case No.: 4:23-cv-04423-HSG <br><br> **ORDER GRANTING UNOPPOSED MOTION TO TRANSFER TO THE DISTRICT OF DELAWARE PURSUANT TO 28 U.S.C. § 1404(a)** |

1. Defendants' (Nominal Defendant Stem, Inc. f/k/a Star Peak Energy Transition Corp., and individual Defendants John Carrington, William Bush, Michael C. Morgan, Adam E. Daley, David Buzby, Anil Tammineedi, Lisa L. Troe, Laura D'Andrea Tyson, Jane Woodward, Michael D. Wilds, Eric Scheyer, Adam E. Daley, Alec Litowitz, Desirée Rogers, and C. Park Shaper) unopposed motion to transfer to the District of Delaware pursuant to 28 U.S.C. § 1404(a) is GRANTED.

2. The Clerk of Court is directed to transfer this case to the District of Delaware under 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**

Dated: September 13, 2023

_Haywood S. Gilliam Jr._
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO TRANSFER
CASE NO. 4:23-cv-04423-HSG